*Wednesday, August 4, 1999*

## MERIT DOCKET

**98–2470. State ex rel. Spangler v. WW Schaub Elec. Co.**
Franklin App. No. 97APD08–1072. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–811. Hanlon v. Carpenter.**
In Habeas Corpus. On return of writ. *Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–918. State ex rel. Rowser v. Fifth Dist. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–936. State ex rel. Jackson v. McManamon.**
In Mandamus. On motion for appointment of counsel, motion for evidentiary hearing on writ of habeas corpus, motion for leave to seek discovery evidence to support mandamus and habeas corpus, motion for leave to hold evidentiary hearing in habeas corpus proceeding, motion to dismiss by Judge McManamon, answer of respondent Warden Christine Money, and motion for an order finding respondents in contempt.
*Sua sponte* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–985. Motil v. Med. Planning Serv., Inc.**
In Prohibition. On answer of respondents Medical Planning Services, Inc., Office of Dr. Manohar Lal, M.D., and Manohar Lal, M.D., and on motion to dismiss by Summit County Court of Common Pleas and Richard Warren.
*Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**99–988. Davis v. State.**
In Habeas Corpus. On petition for writ of habeas corpus by Terrance J. Davis, motion to amend petition for writ of habeas corpus, request for production of documents and things for inspection, and motion for summary judgment.
*Sua sponte,* cause dismissed.
Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.